UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 4:20CR158 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Edward Killingsworth, Jr. | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

A Notice of Intent to plead guilty has been filed in this matter. The Court will accept the guilty plea at the Pretrial Conference scheduled for September 9, 2020 at 10:00 a.m. by video conference. A video invitation will be received by all parties.

IT IS SO ORDERED.

September 2, 2020             /s/ John R. Adams
Date                          John R. Adams
                              U.S. District Judge